IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40066
Summary Calendar
_____


ARCHIE P. TOBIAS, JR.,

                    Plaintiff-Appellant,

versus

J. COWART; T.L. DOERR; T.J. MCKINNEY;
JAMES A. SHAW, JR., Warden; NGUYEN,

                    Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-91-CV-392
- - - - - - - - - -
June 27, 1996
Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

        Archie P. Tobias, Jr., #583391, a Texas state prisoner, moves for leave to appeal in forma

pauperis (IFP) from the district court's grant of summary judgment to the defendants in his civil

rights suit.  Tobias contends that he raised genuine issues relevant to his various medical, work,

and disciplinary claims.  We have reviewed the record and find no reversible error.  See Tobias v.

_____

   [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Cowart, No. G-91-392 (S.D. Tex. Jan. 3, 1996).  His appeal fails to present a nonfrivolous issue;

the motion for IFP is DENIED.  See Jackson v. Dallas Police Dep't,

811 F.2d 260, 261 (5th Cir. 1986).  The appeal is DISMISSED.  5th Cir. R. 42.2.